JAP:MPC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M11-118**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ANTHONY BARROW,

                Defendant.

- - - - - - - - - - - - - - - - -X

COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT

(18 U.S.C § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

      KENNY TORRES, being duly sworn, deposes and states that he is a Deputy United States Marshal duly appointed according to law and acting as such.

      Upon information and belief, on or about January 31, 2011, within the Eastern District of New York and elsewhere, the defendant ANTHONY BARROW, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

      (Title 18, United States Code, Section 751(a)).

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1]   Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

2

1. On or about January 6, 2010, the defendant ANTHONY BARROW was sentenced by the Judge Allyne R. Ross of the United States District Court for the Eastern District of New York to a term of 53 months' imprisonment and remanded to the custody of the Attorney General of the United States. The defendant was sentenced in connection with a conviction for conspiracy to distribute and possess one kilogram or more of heroin in violation of Title 21, United States Code, Sections 846, 841(a) and 841(b)(1)(a)(i).

2. On or about November 2, 2010, the defendant ANTHONY BARROW was transferred from F.C.I. Schuylkill in Minersville, Pennsylvania to the Brooklyn Residential Reentry Center ("BRRC"). The defendant's term of custody was scheduled to be completed on April 29, 2011

3. On or about January 31, 2011, at approximately 1:00 p.m., the defendant ANTHONY BARROW had an argument with an employee at the BRRC, returned to his room, packed his belongings and left the BRRC without approval. The defendant was scheduled to remain at the facility until April 29, 2011

4. As of this date, the defendant ANTHONY BARROW has failed to return to the BRRC.

3

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant ANTHONY BARROW so that he may be dealt with according to law.

Kenny Torres
Deputy Marshal
U.S. Marshals Service

Sworn to before me this
2nd day of February, 2011

UNITED ST:
EASTERN D   S/Bloom